390 A.2d 290

Commonwealth v. Bogert, Appellant.

Argued March 22, 1978. Gerald I. Roth, for appellant; John E. Gallagher, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.